ADA DEPEW et al., complainants-respondents,

*v.*

MARY SMITH et al., defendants-appellants.

[Decided May 14th, 1936.]

*Mr. Nathan Baker,* for the appellants.

*Mr. Louis G. Morten,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Egan in the court of chancery.

288

*For affirmance*—LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 11.

*For reversal*—None.